IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTOINETTE F. COWGER,
LINDA B. HARRIS, and
JENNIFER H. FIELDS,

    Plaintiffs,

vs.                                      CASE NO.: 1:05-CV-203-SPM

SUSAN W. NESSMITH, d/b/a
LIGHTHOUSE RESTAURANT, and/or
LIGHTHOUSE RESTAURANT, LLC,

    Defendants.
_____/

ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the "Joint Stipulation of Dismissal" (doc. 26) filed November 22, 2006 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice.

2.    Each party shall bear its own attorney's fees and costs.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>eleventh</u> day of January, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge